**IT IS SO ORDERED.** The Court reserves jurisdiction to interpret/enforce the terms of the parties' settlement agreement.

_____ November 2, 2022
**Darrell A. Clay**
**United States Magistrate Judge**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| Susan Stroh, | : | Case No 3:21-cv-01683-JGC |
| Plaintiff, | : | (Hon James G. Carr) |
| vs | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Crown Battery Manufacturing Company, | : | |
| Defendant | : | |

The parties hereby agree and stipulate that this matter may be dismissed with prejudice upon such terms as have been agreed upon by the parties.

IT IS SO STIPULATED

/s/ Marilyn L. Widman
Marilyn L. Widman (0068446)
Kera L. Paoff (0082674)
Attorneys for Plaintiff

/s/ James B. Yates
James B. Yates (0047309)
Sarah E. Pawlicki (0076201)
Attorneys for Defendant

6316720.1